```
               DISTRICT COURT OF THE VIRGIN ISLANDS
                 DIVISION OF ST. THOMAS AND ST. JOHN
```

BANK OF NOVA SCOTIA,            )
                                )
        Plaintiff,           )
                                )
        v.                   )   Civil No. 2011-64
                                )
ANDREA M. DEAN, "JOHN DOE,"     )
being the unknown heirs of JAMES )
J. DEAN holding interest in     )
Parcel No. 6-6 Estate Contant,  )
No. 2 Cruz Bay Quarter, St.     )
John, U.S. Virgin Islands,      )
TROPICAL BREEZE DEVELOPMENT, LLC )
and WILLIAMS CONSTRUCTION       )
COMPANY,                        )
                                )
        Defendants.          )

## ORDER DESIGNATING CASE AS SUSPENSE MATTER

The Court has been advised that the above action cannot proceed to trial and disposition because it is the subject of proceedings before a bankruptcy court.

Accordingly, it is hereby

**ORDERED** that the Clerk of the Court shall designate this action as a suspense matter; and it is

**FURTHER ORDERED** that this matter shall be removed from the active trial docket; and it is

**FURTHER ORDERED** that this matter shall be included in the Civil Suspense Docket; and it is

**FURTHER ORDERED** that the parties shall advise the Court when the matter before a bankruptcy court is concluded; and it is

**FURTHER ORDERED** that the case be restored to the trial docket when the action is in a status so that it may proceed to final disposition; and it is

**FURTHER ORDERED** that this order shall not prejudice the rights of the parties to this litigation.

S\_____
**Curtis V. Gómez**
**Chief Judge**